UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| JEANETTE F., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | No. 1:20-CV-126-H-BU |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on June 28, 2021. *See* Dkt. No. 28. Judge Parker recommended that the Court grant the Commissioner's Unopposed Motion to Reverse and Remand (Dkt. No. 27). Dkt. No. 28 at 2. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for clear error. Finding none, the Court accepts the FCR of the United States Magistrate Judge and grants the Commissioner's motion. The ALJ's decision is reversed, and this case is remanded to the Commissioner of Social Security for further proceedings consistent with the findings and conclusions of the United States Magistrate Judge.

So ordered on July 23, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE