UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JEANETTE F.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. 1:20-CV-126-H-BU

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act on November 9, 2021. *See* Dkt. No. 31. Judge Parker recommended that the Court grant the Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 30). Dkt. No. 31 at 2.

Where no specific objections are filed within 14 days after a party is served with a copy, the Court must review the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). Neither party has filed an objection within the 14-day period.

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 31). Plaintiff's Unopposed Motion

for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 30) is granted, and the Court awards plaintiff $6,923.44 in attorneys' fees.

So ordered on January 7, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE